IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CATHY JEAN LANE<br>    *Plaintiff*,<br><br>vs.<br><br>VICENTE A. RAMIREZ,<br>ELEMENT FLEET<br>CORPORATION FORMERLY<br>D/B/A GELCO CORPORATION,<br>AND TNC (US) HOLDINGS, INC.<br>    *Defendants*. | §<br>§<br>§<br>§<br>§   Civil Action No. 4:18-cv-02313<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### JOINT ADVISORY TO THE COURT

TO THE SENIOR U.S. DISTRICT COURT JUDGE DAVID HITTNER:

COMES NOW, Plaintiff Cathy Jean Lane and Defendants Vicente A. Ramirez, Element Fleet Corporation formerly d/b/a Gelco Corporation, and TNC (US) Holdings, Inc. and hereby advises the Court that this case has been resolved through mediation. The parties are working together to execute the final dismissal documents and will file them with the Court upon completion.

Respectfully Submitted,

*/s/ Natalie M. Arledge*
_____
Natalie M. Arledge, Attorney-in-charge
S.D. Texas Bar No. 2639078
Texas Bar No. 24073464
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
Email for Service: efilings@cowenlaw.com

1

Telephone: (210) 941-1301
Facsimile: (210) 579-8968

OF COUNSEL:

COWEN | RODRIGUEZ | PEACOCK
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
Telephone: (210) 941-1301
Facsimile: (210) 579-8968

COUNSEL FOR PLAINTIFF

AND

*/s/ Wade R. Quinn*

Wade R. Quinn
S.D. Texas Bar No. 10917
Texas Bar No. 16433600
E-Mail: Wquinn@ramey-chandler.com
Lance Olinde, Jr.
S.D. Texas Bar No. 60752
Texas Bar No. 15254215
E-Mail: Lolinde@ramey-chandler.com
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064

OF COUNSEL:

RAMEY, CHANDLER, QUINN & ZITO, P.C.
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064

COUNSEL FOR DEFENDANTS

2